# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENNIE RAY BROWN, | ) 1:07cv0711 LJO SMS |
| Plaintiff, | ) ORDER REQUIRING PLAINTIFF TO SUBMIT COMPLETED APPLICATION TO PROCEED IN FORMA PAUPERIS, ALONG WITH PRISON TRUST ACCOUNT STATEMENT AND CERTIFICATION **OR** PAY FILING FEE |
| v. | |
| ERIC LANTZ, et al., | |
| Defendants. | |

Plaintiff Bennie Ray Brown ("Plaintiff"), proceeding pro se, filed the instant civil rights action on May 14, 2007. He also submitted an application to proceed in forma pauperis. However, the application was incomplete because Plaintiff failed to sign the application under penalty of perjury.

Accordingly, Plaintiff is ORDERED to submit a signed application to proceed in forma pauperis, or pay the $350.00 filing fee, within thirty (30) days of the date of service of this order. The Clerk of the Court shall send Plaintiff the appropriate application.

Failure to comply with this order will result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

**Dated:    May 24, 2007**         **/s/ Sandra M. Snyder**
                                    UNITED STATES MAGISTRATE JUDGE

1