# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BENNIE RAY BROWN, | ) | 1:07cv0711 LJO SMS |
| | ) | |
| Plaintiff, | ) | ORDER REQUIRING PLAINTIFF TO SUBMIT COMPLETED APPLICATION TO PROCEED IN FORMA PAUPERIS **OR** PAY FILING FEE |
| v. | ) | |
| ERIC LANTZ, et al., | ) | |
| Defendants. | ) | |

Plaintiff Bennie Ray Brown ("Plaintiff"), proceeding pro se, filed the instant civil rights action on May 14, 2007. He also submitted an application to proceed in forma pauperis. However, the application was incomplete because Plaintiff failed to sign the application under penalty of perjury.

On May 24, 2007, the Court ordered Plaintiff to submit a completed application to proceed in forma pauperis. On July 2, 2007, Plaintiff submitted a declaration in which he states that the Court sent him an application to proceed in forma pauperis for a prisoner. He explains that he is not in custody and submitted the declaration instead of the application.

Plaintiff's declaration is not sufficient, however. Therefore, he is ORDERED to submit a completed application to proceed in forma pauperis, or pay the $350.00 filing fee, within thirty (30) days of the date of service of this order. **The Clerk of the Court shall send Plaintiff the application appropriate for a pro se plaintiff not in custody.**

1

| | |
|---|---|
| 1 | Failure to comply with this order will result in a recommendation that this action be |
| 2 | dismissed. |

IT IS SO ORDERED.

**Dated:**   July 24, 2007                             /s/ Sandra M. Snyder
                                                                     UNITED STATES MAGISTRATE JUDGE