# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENNIE RAY BROWN, | No. 07-cv-00711 LJO TAG |
| Plaintiff, | ORDER TO ADOPT FINDINGS AND RECOMMENDATIONS TO DISMISS PLAINTIFF'S NON-COGNIZABLE CLAIMS (Doc. 16). |
| v. | |
| ERIC LANTZ, et al., | |
| Defendants. | |

On May 14, 2007, Plaintiff Bennie Ray Brown, a state prisoner proceeding in forma pauperis, filed a civil rights complaint, 42 U.S.C. § 1983, against Bakersfield Police Officers Eric Lantz and Steve Wilson in their individual capacities. (Doc. 1, 10). The matter was referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b) and Local Rules 72-302 and 72-303.

On October 9, 2007, the Magistrate Judge screened Plaintiff's complaint pursuant to 28 U.S.C. § 1915(e)(2)(B) and concluded that Plaintiff stated only two cognizable claims – a § 1983 claim alleging the deprivation of his Fourth Amendment rights and a pendent state law claim for false imprisonment. (Doc. 14). In accordance with the Magistrate Judge's order, Plaintiff informed the Court that he elected to proceed with these two cognizable claims instead of attempting to cure the deficiencies in his non-cognizable § 1983 claims, in which he alleged violations of his Eighth and Fourteenth Amendment rights. (Docs. 14, 15).

On November 29, 2007, the Magistrate Judge issued Findings and Recommendations to dismiss the two non-cognizable claims in Plaintiff's complaint. (Doc. 16). The Findings and Recommendations were served on Plaintiff and contained notice that he had fifteen days from the

///

1

1 date of service to objection to the Findings and Recommendations.  (Id.).  To date, no objections
2 have been filed.
3       In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), Federal Rule of Civil
4 Procedure 72(b), and Local Rule 72-304, this Court has conducted a de novo review of the case.
5 Having carefully reviewed the entire file, the Court finds that the Findings and Recommendations
6 filed on November 29, 2007, are supported by the record and by the Magistrate Judge's analysis.
7       Based on the foregoing, IT IS HEREBY ORDERED THAT:
8     1.  The November 29, 2007, Findings and Recommendations, (Doc. 16), are ADOPTED IN
9 FULL;
10     2.  Plaintiff's civil rights claims alleging that his rights under the Eighth and Fourteenth
11 Amendments were violated are DISMISSED WITH PREJUDICE;
12     3.  This action SHALL PROCEED as to Plaintiff's allegations that the defendants deprived
13 him of his Fourth Amendment rights and subjected him to false imprisonment under state law; and
14     4.  This matter is REFERRED to the Magistrate Judge for the entry of appropriate orders.
15     IT IS SO ORDERED.
16 **Dated:   January 4, 2008**          **/s/ Lawrence J. O'Neill**
                                              UNITED STATES DISTRICT JUDGE