# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENNIE RAY BROWN, | No. 07-cv-00711 LJO TAG |
| Plaintiff, | |
| vs. | ORDER FOR SERVICE OF COMPLAINT AND ORDER |
| ERIC LANTZ, STEVE WILSON, | |
| Defendants. | |

Plaintiff Bennie Ray Brown ("Plaintiff"), is a non-prisoner proceeding in forma pauperis in his pro se civil rights action, 42 U.S.C. § 1983. (Docs. 1, 10). The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b) and Local Rules 72-302 and 72-303. Plaintiff's complaint originally asserted four claims for relief. The first claim alleged a violation of Plaintiff's Fourth Amendment rights. The second claim alleged a violation of Plaintiff's Eighth Amendment rights. The third claim alleged a violation of Plaintiff's Fourteenth Amendment rights. The fourth claim alleged false imprisonment under California state law.

On November 29, 2007, the Magistrate Judge issued Findings and Recommendations recommending that Plaintiff's second and third claims be dismissed with prejudice, and the case be allowed to proceed as to Plaintiff's first and fourth claims. (Doc. 16). On January 7, 2008, the United States District Judge assigned to this case adopted the Findings and Recommendations without objection. (Doc. 17). Accordingly, Plaintiff's Eighth and Fourteenth Amendment claims have been dismissed from this action, and this case shall proceed only as to Plaintiff's Fourth Amendment and California state law claims referenced above.

Because Plaintiff is proceeding IFP, it is HEREBY ORDERED that:

1. Service is appropriate for Defendants, Bakersfield Police Officers ERIC LANTZ and STEVE WILSON;

2. The Clerk of the Court shall send Plaintiff two (2) USM-285 form, two (2) summons, a Notice of Submission of Documents form, an instruction sheet, one (1) copy of the complaint filed May 14, 2007, and one (1) copy of this Order dated January 28, 2008;

3. Within thirty (30) days from the date of this order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the court with the following documents:

    a. Completed summons;

    b. One completed USM-285 form for each defendant listed above; and

    c. Three (3) copies of the endorsed complaint filed May 14, 2007.

    d. Three (3) copies of this Order dated January 28, 2008.

4. Plaintiff need not attempt service on the defendant and need not request waiver of service. Upon receipt of the above-described documents, the Court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

**Failure to comply with this Order will result in Findings and Recommendations recommending that this action be dismissed.**

IT IS SO ORDERED.

Dated: **January 28, 2008**　　　　　　　　　　**/s/ Theresa A. Goldner**
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE