**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BENNIE RAY BROWN, | No. 07-cv-00711 LJO TAG |
| Plaintiff, | ORDER DIRECTING SERVICE BY THE UNITED STATES MARSHAL |
| vs. | |
| ERIC LANTZ, STEVE WILSON, | |
| Defendants. | |

Plaintiff Bennie Ray Brown ("Plaintiff"), is proceeding pro se and in forma pauperis in this action. The Court previously ordered Plaintiff to provide information for service of process on Form U.S.M.-285, sufficient copies of the complaint for service, and a notice of compliance. Plaintiff has filed the required papers. On the basis of good cause, the Court:

1. DIRECTS the Clerk of Court to forward to the United States Marshal (the "Marshal"):

    a. One completed and issued summons for <u>each</u> defendant to be served;

    b. One completed Form U.S.M.-285 for <u>each</u> defendant to be served;

    c. One copy of the complaint filed on May 14, 2007, for <u>each</u> defendant to be served, plus an extra copy for the Marshal;

    d. One copy of this order for <u>each</u> defendant to be served, plus an extra copy for the Marshal; and

    e. One copy of the Court's consent form for <u>each</u> defendant to be served.

2. DIRECTS the Marshal, within 10 days from the date of this order, to notify the following defendants of the commencement of this action and to request a waiver of service in accordance with Federal Rule of Civil Procedure 4(d) and 28 U.S.C. § 566(c):

**ERIC LANTZ**

**STEVE WILSON.**

The Marshal is advised that the complaint in this action alleges that both of these defendants are Police Officers with the Bakersfield Police Department in Bakersfield, California.

3. DIRECTS the Marshal to retain the summons and a copy of the complaint in their file for future use.

4. DIRECTS the Marshal to file returned waivers of service as well as any requests for waivers of service that are returned as undeliverable as soon as they are received.

5. DIRECTS the Marshal that, if a waiver of service is not returned by a defendant within sixty (60) days of the date of mailing the request for waiver, to personally serve process and a copy of this order on the defendant pursuant to Federal Rule if Civil Procedure 4 and 28 U.S.C. § 566(c).

6. DIRECTS the Marshal, within ten (10) days after personal service is accomplished, to file the return of service for each defendant along with evidence of attempts to secure a waiver of service of process and of the costs subsequently incurred in effecting service of each defendant. Such costs shall be enumerated on the Form U.S.M.-285 and shall include the costs incurred by the Marshal to make additional photocopies of the summons and complaint and to prepare new Forms U.S.M.-285, if needed. Costs of service will taxed against the defendant(s), pursuant to Federal Rule of Civil Procedure 4(d)(2).

7. In the event that defendants make an appearance in this action by filing an answer, dispositive motion, or other pleading, the Marshal need not personally serve those defendants.

IT IS SO ORDERED.

Dated:   **April 28, 2008**                              **/s/ Theresa A. Goldner**
                                                          UNITED STATES MAGISTRATE JUDGE