1  Michael G. Marderosian, Esq., No. 077296
   Michael E. Lehman, Esq., No. 133523
2  MARDEROSIAN, RUNYON, CERCONE, LEHMAN & ARMO
   1260 Fulton Mall
3  Fresno, California 93721
   Telephone: (559) 441-7991
4  Facsimile: (559) 441-8170

5  Virginia Gennaro, No. 138877
   City Attorney
6  CITY OF BAKERSFIELD
   1501 Truxtun Avenue
7  Bakersfield, CA 93301
   Telephone: (661) 326-3721
8  Facsimile: (661) 852-2020

9  Attorneys for: Defendants, ERIC LANTZ and STEVE WILSON

10

11                    UNITED STATES DISTRICT COURT

12                    EASTERN DISTRICT OF CALIFORNIA

13

14  BENNIE RAY BROWN,                       ) Case No. 1:07-CV-00711-LJO-BAK (DLB)
                                            )
15              Plaintiff,                  ) **STIPULATED DISMISSAL AND**
                                            ) **ORDER**
16         v.                               )
                                            )
17  ERIC LANTZ and S. WILSON, et al., of the )
    Bakersfield Police Department are being sued )
18  in their individual capacity,           )
                                            )
19              Defendants.                 )
                                            )
20  _____)

21     **IT IS HEREBY STIPULATED AND AGREED** by and between the parties hereto, that

22  defendants, ERIC LANTZ and STEVE WILSON, be dismissed with prejudice in this case, pursuant

23  to the settlement agreement reached in this case.

24  Dated: July 14, 2009                    MARDEROSIAN, RUNYON, CERCONE,
                                            LEHMAN & ARMO
25

26

27                                          By:  /s/ Michael E. Lehman
                                                Michael E. Lehman
28                                              Attorney for Defendants above-named

Dated: July 17, 2009.

>   /s/ Bennie Ray Brown
>   BENNIE RAY BROWN
>   Plaintiff in Propria Persona

**ORDER**

The stipulation of the parties having been read and considered by the Court, and good cause appearing therefor:

**IT IS HEREBY ORDERED** that the above entitled action be dismissed with prejudice. The clerk is directed to close the action.

IT IS SO ORDERED.

**Dated:   July 20, 2009**            /s/ Lawrence J. O'Neill
                                      UNITED STATES DISTRICT JUDGE